CLAYEO C. ARNOLD
A Professional Corporation
Clayeo C. Arnold, SBN 65070
Clifford L. Carter, SBN 149621
Kirk J. Wolden, SBN 138902
608 University Avenue
Sacramento, CA 95825
Telephone (916) 924-3100
Fax (916) 924-1829

Rodney A. Klein, SBN 035541
Lawrence S. Paikoff, M.D., J.D., SBN 191732
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone (916) 929-6000
Fax (916) 929-5137

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHEN VIRDURE, | Case No: 3:06-CV-3126-CRB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |
| vs. | |
| PFIZER INC., MCKESSON CORPORATION and DOES 1 through 100, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff STEPHEN VIRDURE, Clifford L. Carter of CLAYEO C. ARNOLD, PLC, and defendants PFIZER INC. and MCKESSON CORPORATION, to dismiss case No. 3:06-CV-3126-CRB without prejudice and with each party bearing their own costs and fees. If the action is to be re-filed, it will be re-filed in the Federal District Court of the U.S. District Court.

Dated: July 25, 2006

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
CLIFFORD L. CARTER
Attorney for Plaintiff
STEPHEN VIRDURE

1

1  Dated: July 31, 2006                      GORDON & REESE, LLP

2
                                             By: /s/ Stuart M. Gordon
3                                            STUART M. GORDON
                                             Attorney for Defendants
4                                            PFIZER INC.

5  Dated: July 26, 2006                      TUCKER ELLIS & WEST LLP

6
                                             By: /s/ Peter E. Schnaitman
7                                            PETER E. SCHNAITMAN
                                             Attorney for Defendants
8                                            MCKESSON CORPORATION

9

10     IT IS SO ORDERED.

11
   Dated: ___August 01,___ 2006
12                                           _____
                                             Judge of the U.S. District Court
13

14

15

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA